# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAREY, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, <br><br>　　　　Defendants. | Case No.: 8:13-cv-00740-CJC-RNB <br><br>Action Filed :　05/10/2013 <br><br>**JUDGMENT** |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# JUDGMENT

Defendant United of Omaha Life Insurance Company's ("United") Motion for Summary Judgment came on regularly for hearing before this Court on February 24, 2014, the Honorable Cormac J. Carney, District Judge presiding. Appearances of counsel were noted in the record. After considering the moving, opposition and reply papers, the arguments of counsel and all other matters presented to the Court, and for good cause appearing, the Court granted United's motion in its entirety. *See* Docket #25 (Order Granting Defendant's Motion for Summary Judgment).

The Court hereby finds that Judgment should be entered in favor of United and against Plaintiff Richard Carey ("Plaintiff") on Plaintiff's claims for relief as set forth in the Complaint, Docket #1-1.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. That Judgment is given and shall be entered forthwith in favor of United and against Plaintiff on Plaintiff's claims for benefits under the group long-term disability plan that is the subject of this case;

2. That Plaintiff shall take nothing by way of his Complaint against United; and

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1

3. That United, as the prevailing party in this action, shall be entitled to costs pursuant to Federal Rule of Civil Procedure 54(d).

DATED: March 10, 2014

_____
THE HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE