# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| RICHARD CAREY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED OF OMAHA LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: SACV 13-00740-CJC(AJWx) <br><br> JUDGMENT |

Judgment is hereby entered in favor of Plaintiff Richard Carey and against Defendant United of Omaha Life Insurance Company, in accordance with the terms of the Court's Memorandum of Decision. (Dkt. 58.)

//

-1-

1. Defendant is ordered to pay Plaintiff twenty-four months of long-term disability benefit payments, reflecting the period from February 18, 2009, until February 18, 2011;
2. Defendant is ordered to pay interest on the amount above at the U.S. Treasury rate pursuant to 28 U.S.C. § 1961;
3. Attorneys' fees will be decided by the Court on a post-judgment motion; and
4. The remainder of the case is remanded to Defendant to determine whether Plaintiff is entitled to benefits from the period commencing on February 19, 2011.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED:	March 17, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE